# Middlebrooks Shapiro, P.C.
### attorneys at law
### 841 Mountain Avenue, First Floor
### Springfield, New Jersey 07081
telephone (973) 218-6877
telecopier (973) 218-6878
email: middlebrooks@middlebrooksshapiro.com

| | |
|---|---|
| Melinda D. Middlebrooks, Esq.* | Of Counsel |
| Joseph M. Shapiro, Esq.° | Myron S. Lehman, Esq. (1928-2007) |
| Richard P. Shapiro, Esq. (1942-2002) | |
| ~ | Use Our Mailing Address |
| Jessica M. Minneci, Esq. | P.O. Box 1630 |
| Angela Nascondiglio Stein, Esq.° | Belmar, NJ 07719-1630 |

*Also admitted in Tennessee
°Also admitted in New York

August 9, 2024

To All Parties on the Service List
Annexed Hereto as **Exhibit A**

    Re:    Case No.: 24-73019-AST, *Eclipse Farmingdale, LLC*
            <u>**Notice of Hearing on the Debtor's Motion to Extend the Stay (Docket No. 20)**</u>

Dear Sir or Madam:

    This Firm is proposed counsel to Eclipse Farmingdale, LLC (the "**Debtor**"), the Chapter 11 debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case filed on August 1, 2024 (the "**Chapter 11 Case**") in the United States Bankruptcy Court for the Eastern District of New York (the "**Bankruptcy Court**").

    Please be advised that the Debtor, by and through this Firm, have filed a Motion to Extend Automatic Stay to Stay the Supreme Court of the State of New York, Nassau County Action entitled *Firestone Financial, LLC v. Eclipse Farmingdale LLC, Eclipse Capital, LLC, Allen M. Pinero, and Eric Matthew Purther*, Index No. 602724/2024 (Docket No. 20), which is supported in part by the Declaration of Allen Pinero and Eric Purther Pursuant to E.D.N.Y. LBR 1007-1(b) (Docket No 10) (collectively, the "**Motion**").

    The Bankruptcy Court will hold a hearing on the Motion on **August 28, 2024 at 10:30 a.m. via Webex**. Please be advised that all attorneys and unrepresented parties appearing via Webex must register with eCourt Appearances in advance of the scheduled hearing at:

    https://ecf.nyeb.uscourts.gov/cgi-bin/eCourtAppearances.pl?reginit=ast.

    The Webex information for the hearing the Motions is here:

    https://us-courts.webex.com/us-courts/j.php?MTID=m6061a8c259665749de5cf33f761693ed

    *Meeting number: 2307 050 7405*
    *Password: 6277*

*We are a debt relief agency.*
*We help people file for bankruptcy relief under the Bankruptcy Code.*

**MIDDLEBROOKS SHAPIRO, P.C.**

August 9, 2024
Page 2

> *Join by phone*
> *1-855-244-8681 Call-in toll-free number (US/Canada)*
>
> *1-650-479-3207 Call-in toll number (US/Canada)*
> *Access code: 2307 050 7405*

Should you have any questions, please do not hesitate to contact the undersigned.

                Sincerely,

                /s/ Joseph M. Shapiro

                Joseph M. Shapiro, Esq.

*We are a debt relief agency.*
*We help people file for bankruptcy relief under the Bankruptcy Code.*

## **EXHIBIT A**

*Via First Class Mail*

Alfredo Pinero
P.O. Box 243
East Norwich, NY 11732

Allen Pinero
P.O. Box 243
East Norwich, NY 11732

American Express National
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

BEC Capital
c/o Allen Pinero
P.O. Box 243
East Norwich, NY 11732

Blink Fitness Franchising
386 Park Ave. South, 11 Floor
Attn: Marc Benathen, SVP
New York, NY 10016

Eclipse Capital, LLC
P.O. Box 243
East Norwich, NY 11732

Eric Purther
1040 Park Avenue
Suite 8F
New York, NY 10028

Farmingdale Commons, LLC
c/o The Opper Group, LLC
65 Harristown Road
Suite 308
Glen Rock, NJ 07452

Firestone Financial, LLC
117 Kendrick Street
Suite 200

Needham Heights, MA 02494-2728

Gregoria Malabuyoc
P.O. Box 243
East Norwich, NY 11732

Halloran & Sage LLP
276 Fifth Avenue
704-1872
New York, NY 10001

Huntington Bank
11100 Wayzata Blvd - Suit
Hopkins, MN 55305

Huntington Bank
PO Box 77077
Minneapolis, MN 55480-7777

Internal Revenue Service
Centralized Insolvency Op
P.O. Box 7346
Philadelphia, PA 19101-7346

Life Fitness, LLC
9525 Bryn Mawr Ave.
Des Plaines, IL 60018-5249

M&T Bank
1100 Wehrle Drive
Buffalo, NY 14221

National Grid
300 Erie Blvd West
Syracuse, NY 13202

NYC Department of Finance
Office of Legal Affairs
375 Pearl Street, 30th Fl
New York, NY 10038

NYS Dept. of Tax & Finance
POB 5300
Bankruptcy Unit
Albany, NY 12205-0300

NYS Dept. of Taxation & F
Bankruptcy Unit - TCD
Building 8, Room 455
W.A. Harriman State Campus
Albany, NY 12227

PSE&G
P.O. Box 14444
New Brunswick, NJ 08906-4444

U.S. Small Business Admin
801 Tom Martin Drive
Suite 120
Birmingham, AL 35211

U.S. Small Business Admin
District Counsel, New Yor
Attn: District Counsel
26 Federal Plaza, Room 31
New York, NY 10278

U.S. Small Business Admin
2 North Street, Suite 320
Birmingham, AL 35203

US Attorney's Office
Eastern District of NY
Attn: Kevin Yim
610 Federal Plaza, 5th Fl
Central Islip, NY 11722-4454

Christine H. Black, Esq.
US Department of Justice
Office of the U.S. Trustee
560 Federal Plaza
Central Islip, NY 11722

James J. O'Shea, Esq.
Hancock Estabrook, LLP
1800 AXA Tower I
100 Madison Street
Syracuse, NY 13202