**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
**In re:**

| | |
|---|---|
| **ECLIPSE FARMINGDALE, LLC**<br>**d/b/a BLINK FITNESS FARMINGDALE** | **Chapter 11** |
| **Debtor.** | **Case No.: 24-73019-AST** |

-----------------------------------------------------------------------x

### ORDER DENYING DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY

Upon review of the motion (the "Motion") of Eclipse Farmingdale, LLC, chapter 11 debtor and debtor in possession (the "Debtor"), for entry of an Order extending the automatic stay as to the State Court Action of Firestone Financial, LLC ("Firestone") pursuant to sections 105(a) and 362(a) of title 11 of the United States Code; and Firestone's Objection to the Debtor's Motion; and due and sufficient notice of the same having been given; and the Court having held a hearing on the Motion on August 28, 2024; it is hereby

**ORDERED,** that the Motion is denied without prejudice.



Dated: September 19, 2024
      Central Islip, New York

_____
Alan S. Trust
Chief United States Bankruptcy Judge